IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ISSAM ABDALLAH and ABDERRAOUF ALKHAWALDEH, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-00540-O |
| AMERICAN AIRLINES GROUP, INC., et al., | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Based on the foregoing, the Court **ORDERS** that (1) the Mesa Defendants' Motion for Award of Attorney's Fees and Expert Fees (ECF No. 110) be **PARTIALLY DENIED** in that the Mesa Defendants are not entitled to recover any attorney's fees and **PARTIALLY GRANTED** in that the Mesa Defendants are entitled to recover $2,841.67 in expert expenses pursuant to Rule 26(b)(4)(E); (2) the Plaintiffs' objections to the Mesa Defendants' Bill of Costs (ECF No. 108) regarding the copy expenses and costs for the written transcripts of the depositions be **OVERRULED** and Plaintiffs' objections to the Mesa Defendants' Bill

of Costs regarding the video transcripts of the depositions of both Plaintiffs and the Complaining Passenger be **SUSTAINED** and Plaintiffs' should be taxed a total of $8,335.06 in costs, which consists of $108.46 in copy expenses and $8,226.60 in total costs for written depositions; and (3) Plaintiffs' Rule 11(c) Motion for Sanctions (ECF No. 122) be **DENIED.** The Clerk of Court **SHALL** tax the costs and fees against Plaintiffs as described in this Order.

**SO ORDERED** on this **10th day** of **February, 2023.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**